UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW E. GOODMAN,

    Plaintiff,

v.                                            CASE NO: 8:11-cv-1841-T-26AEP

PENTAGROUP FINANCIAL, LLC,

    Defendant.
_____/

**O R D E R**

The Court considers this case *sua sponte* pursuant to the provisions of Local Rule 1.07(b). After doing so, the Court concludes that this case is due to be dismissed without notice and without prejudice for failure to comply with the time requirements of the rule.

Plaintiff effected service of process on Defendant on August 29, 2011,[1] and Defendant has failed to respond to the complaint or to have counsel enter a notice of appearance on its behalf within the time and manner provided by Rule 12 of the Federal Rules of Civil Procedure. Given those circumstances, Plaintiff was required under the rule to apply promptly for a clerk's default and then proceed without delay to apply for a judgment, all in accord with Federal Rule of Civil Procedure 55, "failing which the case shall be subject to dismissal sixty (60) days after such service without notice and without

---

[1] See docket 6.

prejudice[.]" Because more than sixty (60) days has elapsed since Defendant was served with process, and because Plaintiff has failed to comply with the time requirements imposed by the rule in obtaining a clerk's default and a judgment, this case is dismissed without notice and without prejudice. The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, on October 31, 2011.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record